UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOREST L. FATE SR.,<br><br>                       Plaintiff,<br><br>       -against-<br><br>YONKERS POLICE DEPT., ET AL,<br><br>                      Defendants. | 24-CV-4100 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 6, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 6, 2024
             New York, New York

                                                                                 /s/ Laura Taylor Swain
                                                                                 LAURA TAYLOR SWAIN
                                                             Chief United States District Judge